**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEWTON AC/DC FUND L.P. and ERIC S. MEYER**,<br><br>          Plaintiff,<br><br>     -against-<br><br>**WEI "MAX" WU**,<br><br>          Defendant. | **Case No. 1:25-cv-6477**<br><br>**DEFAULT JUDGMENT AND RESTRAINING ORDER** |

Upon consideration of Plaintiff's Motion for Default Judgment, the accompanying memorandum of law and supporting declarations in support thereof and associated papers, and for good cause shown, IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED; and it is further ORDERED that Defendant:

1.  Shall pay Newton AC/DC Fund L.P. $510,924.96 in damages for breach of contract;

2.  Shall pay Eric S. Meyer $359,856 in damages for breach of contract;

3.  Shall pay both Plaintiffs pre-judgment interest at a rate of 9% per annum from September 29, 2022 to the date of this Order, in the amount of (a) $145,130.68 to Newton AC/DC Fund L.P.; and (b) $102,218.82 to Eric S. Mayer;

4.  Shall pay both Plaintiffs post-judgment interest at the current legal rate allowed pursuant to 28 U.S.C. § 1961 as of the date of this Order until the date of its satisfaction;

5.  Shall pay both Plaintiffs jointly litigation costs in the amount of $408.37;

6.  Shall be enjoined, anywhere in the world, from taking any action to abscond with, transfer, remove, or otherwise move or use assets in any account or blockchain-based wallet or address that contains assets associated with the Spartacus DAO that is under control of Defendant (whether solely or jointly with others) (together "Blocked Assets");

7.  Shall produce documentation accounting for assets related to or associated with Spartacus DAO, including locations, amounts, and record of any transfers, swaps, exchanges, staking, loans, or any other disposition at any time;

8.  Shall pay a daily monetary penalty of $5,000, beginning seven days after entry of this Order, for each day that the Defendant fails to comply with Section (7) of this Order;

9.  Shall pay a per transaction fine of $2,000 for each transaction by Defendant involving Blocked Assets following entry of this Order other than those consistent with this Court's orders; and

10. The Court shall retain jurisdiction over this action until the judgment is satisfied to entertain such further proceedings supplementary and to enter such further orders as may be necessary or appropriate or implement and enforce the provisions of this Default Judgment.

       The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Date:  November 26, 2025

Hon. Arun Subramanian
U.S. District Judge